# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In Re: | ) |
|    NATHANIEL J. FERRACO, | )    Adv. Proc. No. 15-01147-RGM |
|      Debtor. | )    Bankr. No. 15-12669-RGM |
| _____ | )Chapter 7 |
| | ) |
| TAMMY FERRACO, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| NATHANIEL J. FERRACO and | ) |
| DONALD F. KING, TRUSTEE, | ) |
| | ) |
| Respondents. | ) |

## CONSENT ORDER

THIS MATTER comes before the Court on the agreement of Creditor Tammy Ferraco ("Ms. Ferraco") and the Debtor Nathaniel J. Ferraco ("Debtor"),

IT APPEARING TO THE COURT that the parties have agreed to a resolution of the above-captioned adversary proceeding; and

IT APPEARING that the parties agree that the debt set forth below is nondischargeable under 11 U.S.C. §§ 523(a)(5) and (15) as domestic support obligations and property settlement obligations, respectively, it is hereby

ORDERED that the Debtor shall be and hereby is denied a discharge as to his domestic support obligations under 11 U.S.C. § 523(a)(5) and property settlement obligations under 11 U.S.C. § 523(a)(15) and they are not subject to the discharge entered in the underlying bankruptcy case no. 15-12669 on November 16, 2015 (Docket no. 59), and it is further

ORDERED that the Debtor remains obligated on any obligation or payment required by the Property, Custody, and Support Settlement Agreement dated September 11, 2013 in *Ferraco v. Ferraco*, Civil Action No. 90759, in the Circuit Court of Loudoun County, Virginia.

Dated: _____

Robert G. Mayer
United States Bankruptcy Judge

## RULE 9022-1 CERTIFICATION

Pursuant to Local Rule of Bankruptcy Procedure 9022-1, this Order has been endorsed by all necessary parties.

/s/ Nancy D. Greene, Esq.
Nancy D. Greene, Esq.

I ASK FOR THIS:

*/s/ Nancy D. Greene, Esq.*
Nancy D. Greene, Esq. VSB # 38984
GREENE LAW FIRM PLLC
3977 Chain Bridge Road, Suite 1
Fairfax, VA 22030
(703) 539-0333
(703) 935-4294 (facsimile)
NDG@NDGLaw.com
*Counsel for Tammy Ferraco*

SEEN AND NO OBJECTION:

*/s/ Nathan A. Fisher, Esq.*
Nathan A. Fisher, Esq. VSB # 37161
3977 Chain Bridge Rd., Ste. 2
Fairfax, VA 22030
(703) 691-1642
(703) 691-0192 (facsimile)
Fbarsad@cs.com
*Counsel for Nathaniel Ferraco*

SEEN AND NO OBJECTION:

*/s/ Lauren Friend McKelvey, Esq.*
Lauren Friend McKelvey, Esquire (VSB No. 78813)
ODIN FELDMAN & PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Phone: 703-218-2135
Fax: 703-218-2160
Lauren.McKelvey@ofplaw.com
*Counsel for Trustee Donald F. King*


Parties to receive notice:

VIA CM/ECF:

Nancy D. Greene
Nathan Fisher
Donald F. King, Trustee